1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   HILLEAL A. GRANT,                                      CASE NO. 12-cv-939-MMA (RBB)

12                                    Petitioner,           **ORDER DENYING**
                                                           **PETITIONER'S APPLICATION**
13         vs.                                              **FOR CERTIFICATE OF**
                                                           **APPEALABILITY**
14   F. E. FIGUEROA,
                                                           [Doc. No. 8]
15                                    Respondent.

16

17         On April 16, 2012 Petitioner Hilleal A. Grant, a state prisoner proceeding *pro se*, filed a

18   petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his August 8, 2008

19   state court conviction. [Doc. No. 1.]  Along with his petition, Petitioner filed a motion to proceed

20   IFP, which the Court denied on April 18, 2012. [Doc. Nos. 4, 5.]  On April 19, 2012, Petitioner

21   filed a notice of appeal, together with a request for this Court to issue a certificate of appealability.

22   [Doc. Nos. 7, 8.]

23         "The district court must issue or deny a certificate of appealability when it enters a *final*

24   order adverse to the applicant."  Rule 11 foll. 28 U.S.C. § 2254 (emphasis added).  A petitioner

25   may not seek an appeal of a claim arising out of state court detention unless the petitioner first

26   obtains a certificate of appealability from a district judge or a circuit judge under 28 U.S.C. §

27   2253.  Fed. R. App. P. 22(b).  Under 28 U.S.C. § 2253(c)(1), a certificate of appealability will

28   issue only if the petitioner makes a substantial showing of the denial of a constitutional right.

1  Upon due consideration, the Court concludes a certificate of appealability should not issue because

2  the Court has not issued a final order and therefore Petitioner has not made a substantial showing

3  of the denial of a constitutional right.  Accordingly, the Court declines to issue a certificate of

4  appealability, and **DENIES** Petitioner's motion.  [Doc. No. 8.]

5      **IT IS SO ORDERED**.

6

7  DATED:  May 29, 2012

8

9      Hon. Michael M. Anello
       United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28